**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA,
ex rel. WENDY SHARE,

Plaintiffs,

v.

W. D. SCHOCK COMPANY INC., et al.,

Defendants.

Civil No. 00-2138 (JRT/FLN)

**ORDER**

---

Andrew M. Stone, STONE & STONE, 437 Grant Street, Suite 828, Pittsburgh, PA, 15219, for plaintiff Share.

Joan Humes, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, 300 South Fourth Street, Ste 600, Minneapolis, MN 55415, for plaintiff United States.

This above-entitled case comes before the Court upon the plaintiff's notice of dismissal without prejudice, in accordance with Fed. R. Civ. P. 41(a)(1) dated July 24, 2001. No answer or other pleading has been filed in this case.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that plaintiff's claims in this action are **DISMISSED WITHOUT PREJUDICE**.

DATED: Sept. 12, 2001
at Minneapolis, Minnesota.

John R. Tunheim
JOHN R. TUNHEIM
United States District Judge

SEP 12 2001
RICHARD D SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK